Charles G. Willoughby, Respondent, v. Dana A. Patten, Appellant.— Motion granted on condition that the appellant perfect his appeal within five days, place the same upon the calendar of this court and be ready for argument when reached; otherwise motion denied, with ten dollars costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Henry J. Furlong, an Attorney.— Motion granted, and respondent's name stricken from the roll. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

In the Matter of the Application of the South Shore Traction Company for the Appointment of Three Commissioners to Determine Whether that Portion of Its Proposed Railroad Located upon Hoffman Boulevard, Borough of Queens, City of New York, Ought to Be Constructed.— Order amended by the appointment of William S. Cogswell, Esq., commissioner, in place of Paul Grout, Esq., who declined the appointment. Present — Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application of George Tonkonogy for License and Admission to Practice as an Official Examiner of Title.— Application withdrawn. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Henry Weyand and Daniel E. Cronin, Appellants, v. The Park Terrace Company, Respondent, Impleaded with Others.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ.

Buckley, Woodhull & Burns, Incorporated, Respondent, v. James J. Frawley, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery by deducting the sum of sixty two dollars and sixty-five cents, in which case the judgment, as reduced, and order are affirmed, without costs. No opinion. Woodward, Jenks, Burr and Rich, JJ., concurred; Thomas, J., dissented upon the ground that the plaintiff has proved no cause of action.

John L. Danzilo, Respondent, v. Giovanni Lentino and Filomena Lentino, Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Morris A. Dubroff, Appellant, v. Samuel Phillips and Adolph Berlin, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Henry B. Maurer, Appellant, v. Hamilton Trust Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Isidor Mock, Appellant, v. Frederick E. Brandis, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks and Burr, JJ., concurred; Woodward and Thomas, JJ., dissented.

Giuseppe Rapisarda, Respondent, v. Luigi Favata and Others, Appellants.— Judgment affirmed by default, with costs. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.